IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBRA S. CHRISTOPHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 1:20-cv-297-ECM |
| | ) |
| WAL-MART STORES EAST, L.P., | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, and for good cause, it is the

ORDER, JUDGMENT and DECREE of the Court that judgment is entered in favor of the Defendant and against the Plaintiff, and this case is DISMISSED with prejudice.

Costs are taxed against the Plaintiff for which execution may issue.

The Clerk is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 6th day of May, 2021.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE